Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

THE RETIREMENT PLAN OF THE UNITE HERE
NATIONAL RETIREMENT FUND and the Trustees of the
UNITE HERE National Retirement Fund,

                           Plaintiffs,

            - against -

CLARION BEACHWOOD HOTEL

                           Defendant.

-------------------------------------------------------------- x

RULE 7.1 STATEMENT

07 Civ. 9509

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, the Retirement Plan of the UNITE HERE National Retirement Fund (the "Plan") and the Board of the Trustees of the Retirement Plan, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York        By: *Jaimie Davis* (signature)
October 24, 2007                      Jaimie C. Davis

                                          919 Third Avenue
                                          New York, New York 10022
                                          (212) 756-2000 (telephone)
                                          (212) 593-5955 (facsimile)

                                          Attorneys for Plaintiffs