# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

No. 07 CIV 9509

THE RETIREMENT PLAN OF THE UNITE HERE
NATIONAL RETIREMENT FUND,
    Plaintiff,

-against-

CLARION BEACHWOOD HOTEL
    Defendant.

---

State Of Ohio, County of Cuyahoga SS:
**ROGER D. SPIES**
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in Cleveland

That on the 29TH day of OCTOBER 2007, At: 12:20 PM

At: **26300 CHAGRIN BLVD., BEACHWOOD, OH 44122**

Deponent served the: SUMMONS IN A CIVIL ACTION, COMPLAINT, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN, AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ

Upon: **CLARION BEACHWOOD HOTEL**

### PERSONAL SERVICE ON A CORPORATION
A corporation, by delivering thereat a true copy to **JOE CORRIGANT (MANAGER)** personally; who stated, that he is the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **WHITE** Hair: **BROWN** App. Age: **43** App. Ht: **5'10"** App. Wt. **210**
Other identifying features: **GLASSES**

ROGER D. SPES

Sworn to before me this 29TH
day of **OCTOBER 2007**
DONALD GRAHAM, JR
Notary Public, State of Ohio
My Commission Expires 3-17-10
Recorded in Cuyahoga County

AO 440 (Rev. 8/01) Summons in a Civil Action

Judge Hellerstein

# UNITED STATES DISTRICT COURT

Southern District of New York

THE RETIREMENT PLAN OF THE UNITE HERE
NATIONAL RETIREMENT FUND

V.

CLARION BEACHWOOD HOTEL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 9509

TO: (Name and address of Defendant)

Clarion Beachwood Hotel
26300 Chagrin Blvd
Beachwood, OH 44122

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Schulte Roth & Zabel LLP
919 Third Avenue
New York NY 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          OCT 2 4 2007

CLERK                                        DATE

(By) DEPUTY CLERK