HELLERSTEIN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
THE RETIREMENT PLAN OF THE UNITE HERE
NATIONAL RETIREMENT FUND and the Trustees of the
UNITE HERE National Retirement Fund,

            Plaintiffs,

   - against -

CLARION BEACHWOOD HOTEL,

            Defendant.
---------------------------------------------------------x

STIPULATION

07 Civ. 9509 (AKH)

It is hereby stipulated and agreed by and between the respective parties hereto that the time to answer or otherwise move of Defendant, Clarion Beachwood Hotel, shall be extended until December 12, 2007. Said Defendant hereby acknowledges receipt of the Summons and Complaint and admits the jurisdiction of the Court to hear the case.

CLARION BEACHWOOD HOTEL

_____
Joe Corrigan
General Manager
Clarion Beachwood Hotel
26300 Chagrin Boulevard
Beachwood, OH 44122
(216) 831-5150

THE RETIREMENT PLAN OF THE UNITE
HERE NATIONAL RETIREMENT FUND AND
THE TRUSTEES OF THE UNITE HERE
NATIONAL RETIREMENT FUND

_____
Jaimie Davis

Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

Attorneys for Plaintiffs

SO ORDERED: 11/19/07

_____
U.S.D.J.